Caleb L. Green
Nevada Bar No. 15234
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telepone: (702) 257-1483
Fax: (702) 567-1568
clg@h2law.com

*Counsel for Defendants Don't Tell Mama, Inc.
and Benjamin D. Park*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation,  Plaintiff, vs.  DON'T TELL MAMA, INC. dba KAMU ULTRA KARAOKE, a Nevada corporation; BENJAMIN D. PARK, an individual; and DOES 1 through 20, inclusive,  Defendants. | Case No. 2:25-cv-00745-APG-NJK  **DEFENDANTS DON'T TELL MAMA, INC., AND BENJAMIN D. PARK'S MOTION TO REMOVE W. WEST ALLEN AS ATTORNEY OF RECORD** |

Defendants Don't Tell Mama, Inc., and Benjamin D. Park move this Court for an Order granting the Motion to Remove W. West Allen as Attorney of Record in this matter.

Document 17 should have been filed in the name of the Defendants' counsel, Caleb L. Green, but due to support staff error it was inadvertently filed in the name of W. West Allen, a colleague of Attorney Green. Accordingly, W. West Allen should be removed from the list of counsel for the

Defendants and from the electronic service system for this matter. Defendants' attorney, Caleb L. Green remains as attorney of record for the Defendants.

Dated: June 20, 2025                                    HOWARD & HOWARD ATTORNEYS PLLC

By:     */s/ Caleb L. Green*
       Caleb L. Green
       Attorney for Defendants

IT IS SO ORDERED.
Dated: June 23, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

Page 2 of 2
DEFENDANTS DON'T TELL MAMA, INC., AND BENJAMIN D. PARK TO REMOVE W. WEST ALLEN AS ATTORNEY OF RECORD

4903-1281-7743, v. 1