**TESSER | GROSSMAN LLP**
11990 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Telephone: (310) 207-4558
BRANDON M. TESSER (SBN 168476)
brandon@tessergrossman.com
ROBERT PAREDES (SBN 255329)
robert@tessergrossman.com
Attorneys for Plaintiff,
ELOHIM EPF USA, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DON'T TELL MAMA, INC. dba KAMU ULTRA KARAOKE, a Nevada corporation; BENJAMIN D. PARK, an individual; and DOES 1 through 20, inclusive<br><br>    Defendants. | Case No.: 2:25-cv-00745<br>[Hon. Andrew P. Gordon]<br><br>**JOINT NOTICE OF SETTLEMENT AND ORDER** |

///
///
///
///
///
///
///

**JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER**
- 1 -

## NOTICE OF SETTLEMENT

Plaintiff Elohim EPF USA, Inc. ("Elohim") and defendants Don't Tell Mama, Inc. d/b/a KAMU Ultra Karaoke ("KAMU") and Benjamin D. Park ("Park") (collectively, Elohim, KAMU and Park are the "Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Parties submit their Stipulation for Conditional Dismissal. The Parties estimate the Stipulation for Conditional Dismissal will be filed by July 25, 2025.

**Respectfully Submitted,**

Dated: July 16, 2025

TESSER | GROSSMAN LLP
BRANDON M. TESSER
ROBERT PAREDES

_____
ROBERT PAREDES
Attorneys for Plaintiff,
ELOHIM EPF USA, INC.

Dated: July 16, 2025

LAW OFFICE OF FRANK N. LEE

_____
FRANK N. LEE
Attorneys for Defendants,
Don't Tell Mama, Inc. d/b/a KAMU Ultra Karaoke and Benjamin D. Park

# ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter to allow the Parties to submit their Stipulation for Conditional Dismissal.

**IT IS SO ORDERED.**

Dated: July 18, 2025

ANDREW P. GORDON
CHIEF U. S. DISTRICT JUDGE