**TESSER | GROSSMAN LLP**
11990 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Telephone: (310) 207-4558
BRANDON M. TESSER (SBN 168476)
brandon@tessergrossman.com
ROBERT PAREDES (SBN 255329)
robert@tessergrossman.com
Attorneys for Plaintiff,
ELOHIM EPF USA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>DON'T TELL MAMA, INC. dba KAMU ULTRA KARAOKE, a Nevada corporation; BENJAMIN D. PARK, an individual; and DOES 1 through 20, inclusive<br><br>　　　　　Defendants. | Case No.: 2:25-cv-00745-APG-NJK<br>[Hon. Andrew P. Gordon]<br><br>**ORDER RE DISMISSAL**<br><br>Complaint Filed: April 29, 2025 |

///
///
///
///
///
///
///

## ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the Complaint (Dkt. No. 1) by Elohim EPF USA, Inc. ("Elohim") is dismissed with prejudice as to defendants Don't Tell Mama, Inc. d/b/a KAMU Ultra Karaoke and Benjamin D. Park.

IT IS HEREBY FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement pursuant to the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-382 (1994)

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs and fees.

**SO ORDERED.**

Dated: July 22, 2025

_____
Hon. Andrew P. Gordon
Chief United States District Judge